**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**LENDING ASSETS LLC,**

**Plaintiff,**

**- against -**

**JOSEPH SAFDIEH,**

**Defendant.**

**26-cv-5810 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to submit a Rule 26(f) report by **September 18, 2026.** The conference scheduled for November 4, 2026 is canceled.

**SO ORDERED.**

**Dated: New York, New York**
**September 1, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**