**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**LENDING ASSETS LLC,**

**Plaintiff,**

**- against -**

**JOSEPH SAFDIEH,**

**Defendant.**

---

**26-cv-5810 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The plaintiff alleges that the plaintiff Lending Assets LLC is a New York limited liability company. The citizenship of an LLC is the citizenship of each of its members. By **September 24, 2026,** the plaintiff shall file a statement of the citizenship of each of its members. If any member is a corporation, the plaintiff shall state the state of incorporation and the physical place of business of that member.

**SO ORDERED.**

**Dated:** **New York, New York
September 18, 2026**

**John G. Koeltl
United States District Judge**