UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LENDING ASSETS LLC,
Plaintiff(s)

26 civ 5810 (JGK)

-against-

JOSEPH SAFDIEH,
Defendant(s).
-------------------------------------------------------------X

**ORDER**

The plaintiff, via order of September 18, 2026, was directed to file a statement of citizenship of each of its members by September 24, 2026. The plaintiff, to date, has not responded to the Court's order.

The time for the plaintiff to file a statement of citizenship of each of its members is extended to **November 27, 2026.** Failure to file the statement of citizenship may be grounds for dismissal of this action for failure to prosecute, in which event the plaintiff will have no trial.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
November 12, 2026