UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LENDING ASSETS LLC,

Plaintiff,

- against -

JOSEPH SAFDIEH,

Defendant.

26-cv-5810 (JGK)

**Order**

**John G. Koeltl, District Judge:**

On September 18, 2026, the Court ordered the plaintiff to file a statement of the citizenship of each of its members. ECF No. 12. In response to that Order, on September 24, 2026, the plaintiff filed a disclosure representing that the plaintiff is wholly owned by NY Principal, LLC, a New York limited liability company. ECF No. 13. However, the plaintiff's September 24, 2026 disclosure did not identify or state the citizenship of NY Principal, LLC's members. Id. Accordingly, the plaintiff is directed to file a further disclosure identifying NY Principal, LLC's members and stating the citizenship of those members. If any member of NY Principal, LLC is a corporation, the plaintiff shall state the state of incorporation and the physical place of business of that member. If any member of NY Principal, LLC is a limited liability corporation, the plaintiff shall provide a statement of those companies' members and their citizenship. To the extent that any further limited liability companies are identified in the chain of ownership of Lending Assets LLC, the same information

shall be provided with respect to those companies. The plaintiff is directed to provide this disclosure by **December 1, 2026.**

**SO ORDERED.**

**Dated:** **New York, New York**
**November 16, 2026**

**John G. Koeltl**
**United States District Judge**